THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES S. WALTON, Appellant, *v.* HORACE M. HICKS, Respondent.

*People ex rel. Walton* v. *Hicks,* 178 App. Div. 838, affirmed.
(Argued April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1916, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action in the nature of quo warranto to test title to the office of health officer of the city of Amsterdam. The relator was appointed health officer of the city of Amsterdam, without having passed the required civil service examination and took the oath of office. Thereafter he took and passed the required examination and was again appointed health officer, but failed within fifteen days to take a new oath of office. He entered upon the performance of his duties, however, and continued in occupation of the office until at a subsequent meeting of the board of health he was ousted and the defendant regularly appointed in his place. The question was whether relator's failure to take the oath of office within fifteen days after his last appointment vitiated the appointment and vacated the office.

*Egburt E. Woodbury, Attorney-General (J. H. Dealy of counsel), for appellant.* ·

*Ambrose P. Fitz-James* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.